# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL - 5 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

Aimee O'Neil

Plaintiff(s),

v.

State of New York, et al

Defendant(s).

CIVIL ACTION NO: 3:07CV71

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David L. Cochran, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 7.5.2007

United States District Judge